UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| JERRY A. BRANDON | : | DOCKET NO. 18-cv-1426 |
| DOC # 487445 | : | SECTION P |
| VERSUS | : | JUDGE CAIN |
| S.W. McCAIN | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 23] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers this 22 day of July, 2019.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE